# In re Kenneth GUARINO, Anthony DiBona and Joseph Renzi.

No. 81–101–M.P.

Supreme Court of Rhode Island.

March 26, 1981.

Dennis J. Roberts II, Atty. Gen., Maureen E. McKenna, Asst. Atty. Gen., for plaintiff-respondent.

John F. Sheehan, Providence, For defend-ants-petitioners.

### ORDER

This is a petition for habeas corpus in which the petitioners claim that the pretrial bail set by the trial justice was excessive. However, an examination of the record shows that each petitioner has filed the requisite bail. Consequently, we dismiss the petition as moot.

BEVILACQUA, C. J., and SHEA, J., did not participate.